MICHAEL J. McCUE (Nevada Bar No. 6055)
mmccue@lrlaw.com
JOHN L. KRIEGER (Nevada Bar No. 6023)
jkrieger@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398 fax

Attorneys for MGM MIRAGE OPERATIONS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MGM MIRAGE OPERATIONS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUSANA GONZALES, an individual, and SMART ANSWER S.A., an unknown business entity;<br><br>Defendants. | CASE NO.<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>(1) Cybersquatting<br>under 15 U.S.C. § 1125(d)<br><br>(2) Trademark Infringement<br>under 15 U.S.C. § 1114<br><br>(3) Unfair Competition<br>under 15 U.S.C. § 1125(a)<br><br>(4) Trademark Dilution<br>under 15 U.S.C. § 1125(c)<br><br>(5) State Trademark Infringement<br>under N.R.S. § 600.420<br><br>(6) State Trademark Dilution<br>under N.R.S. § 600.435<br><br>(7) Common Law Trademark Infringement<br><br>(8) Deceptive Trade Practices<br>under N.R.S. § 598.0903, et seq.<br><br>(9) Intentional Interference with Prospective Economic Advantage |

For its complaint, MGM MIRAGE Operations, Inc. alleges the following.

## NATURE OF THE CASE

This is an action for cybersquatting, trademark infringement, unfair competition, and trademark dilution under federal statutes, with pendent state and/or common law claims for trademark infringement, trademark dilution, deceptive trade practices, and intentional interference with prospective economic advantage.  Plaintiff seeks damages, attorneys' fees, costs, and preliminary and permanent injunctive relief.

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §§ 1331 and 1338(a).  This Court has supplemental jurisdiction over Plaintiff's state and common law claims pursuant to 28 U.S.C. § 1367(a).

2. This Court has personal jurisdiction over Defendants based upon the following: (a) Defendants operate a website on the Internet that is accessible to residents of the State of Nevada; (b) Defendants' website is interactive in that it seeks to obtain information from web users; (c) Defendants' website is interactive in that it allows web users to gamble online; and (d) Defendants have committed tortious acts that Defendants knew or should have known would cause injury to a Nevada resident in the State of Nevada.

3. Venue is proper in the United States District Court for the District of Nevada under 28 U.S.C. §§ 1391(b) and 1391(c).  Venue lies in the unofficial Southern division of this Court.

## PARTIES

4. Plaintiff MGM MIRAGE Operations, Inc. is a Nevada corporation with its principal place of business in Las Vegas, Nevada.  Plaintiff has been authorized to protect and enforce the trademarks owned by New Castle Corp. (the "Trademark Owner").

5. Upon information and belief, Susana Gonzales is an individual residing and doing business in the Republic of Panama.

6. Upon information and belief, Smart Answer S.A. is an unknown business entity doing business in the Republic of Panama.

7. Upon information and belief, Susana Gonzales and Smart Answer S.A. are each the alter ego of the other, and are the officer, agent, servant, representative, and/or employee of the other, acting in participation with the other, having authority or apparent authority to bind the other.

**ALLEGATIONS COMMON TO ALL COUNTS**

8. "Excalibur" is a famous destination resort hotel casino located on the world-famous "Las Vegas Strip" in Las Vegas, Nevada.

9. Since the property opened in 1990, the Trademark Owner has continuously used the EXCALIBUR trademarks in connection with advertising and promoting the property in the United States and around the world. The Trademark Owner has spent substantial sums of money to advertise and promote the EXCALIBUR trademarks in print, broadcast media, and on the Internet through the Excalibur web site accessible throughout the United States and around the world at <excaliburlasvegas.com> and <excalibur-casino.com>, among others. A true and accurate copy of the home page for the Excalibur website is attached hereto as Exhibit 1, and is incorporated by this reference. In addition, the Trademark Owner has made extensive use of the EXCALIBUR trademarks on, among other things, signage, wearing apparel, souvenirs and promotional materials.

10. The EXCALIBUR name and logo are service marks that are owned by the Trademark Owner and registered on the Principal Register of the United States Patent and Trademark Office, including, among many others:

    a. EXCALIBUR: Registration No. 1,659,163 for hotel services, and

    b. EXCALIBUR: Registration No. 1,549,563 for casino services.

11. These federal trademark registrations have not been abandoned, canceled, or revoked. Moreover, these federal registrations have become incontestable through the filing of Section 8 and 15 affidavits in the Patent and Trademark Office.

12. Based on its federal trademark registrations and extensive use, the Trademark Owner owns the exclusive right to use the EXCALIBUR trademarks in connection with hotel, casino and related services.

13. The EXCALIBUR trademarks have become distinctive and famous in the United States and around the world for resort hotel and casino services.

14. On or about May 18, 2008, Defendants registered the <excaliburlasvegas.org> Internet domain name with MyDomain, Inc., a domain name registrar. The <excaliburlasvegas.org> domain name contains the EXCALIBUR Marks coupled with the words "las vegas," which identify the location of the Trademark Owner's resort hotel casino.

15. Some time after registration, Defendants linked the <excaliburlasvegas.org> domain name to an online gambling website entitled "Golden Casino." A true and accurate copy of the "Golden Casino" home page of the website is attached hereto as Exhibit 2, and is incorporated herein by this reference.

16. When the web user types in the <excaliburlasvegas.org> domain name, which is linked to the "Golden Casino" website, it appears as if the <excaliburlasvegas.org> domain name is somehow associated or, affiliated with, and/or sponsored by "Golden Casino" when it is not.

17. Defendants have not registered and used the <excaliburlasvegas.org> domain name in good faith.

18. By registering and using a domain name containing the EXCALIBUR Marks, Defendants were and are attempting to trade on the goodwill of the Trademark Owner.

19. By registering and using a domain name containing the EXCALIBUR Marks, and by linking the same to an online gaming website, Defendants were and are attempting to create an association between the <excaliburlasvegas.org> domain and the Trademark Owner.

20. By registering and using the <excaliburlasvegas.org> domain name, Defendants were and are attempting to frustrate or divert Internet traffic intended for the Trademark Owner.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

428247.1

**COUNT I**
(Cybersquatting
Under The Lanham Act, 15 U.S.C. § 1125(d))

21. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

22. Defendants have registered, trafficked in, and/or used a domain name that is confusingly similar to and/or dilutive of the EXCALIBUR Marks, which were distinctive and/or famous at the time Defendants registered the <excaliburlasvegas.org> domain name.

23. Upon information and belief, Defendants have or have had a bad faith intent to profit from the EXCALIBUR Marks.

24. As a direct and proximate result of such conduct, Plaintiff and the Trademark Owner have suffered, and will continue to suffer, monetary loss and irreparable injury to their business, reputation, and goodwill.

**COUNT II**
(Trademark Infringement
Under The Lanham Act, 15 U.S.C. § 1114)

25. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

26. Defendants have used and/or are using in commerce the <excaliburlasvegas.org> domain name, which contains the EXCALIBUR Marks, and, thus, Defendants' domain name is confusingly similar to the Trademark Owner's trademarks.

27. Defendants' use in commerce of the EXCALIBUR Marks and/or a mark confusingly similar to the EXCALIBUR Marks in the <excaliburlasvegas.org> Internet domain name and Defendants' directing the same to an online gambling website, constitutes a reproduction, copying, counterfeiting, and colorable imitation of the Trademark Owner's trademarks in a manner that is likely to cause confusion or mistake or that is likely to deceive consumers.

28. By using the EXCALIBUR Marks and/or a mark confusingly similar to the EXCALIBUR Marks with the knowledge that the Trademark Owner owns and has used, and

1  continues to use, its trademarks in Las Vegas, Nevada, across the United States, and around the
2  world, Defendants have intended to cause confusion, cause mistake, or deceive consumers.

3      29.    Defendants are using a mark that is the same and/or confusingly similar to the
4  EXCALIBUR Marks in connection with the sale, offering for sale, or advertising of services in a
5  manner that is likely to cause confusion or mistake, or to deceive consumers as to an affiliation,
6  connection, or association with the Trademark Owner, or as to the origin, sponsorship, or approval
7  of Defendants' services or commercial activities by Plaintiff and the Trademark Owner.

8      30.    Defendants are also using a mark that is the same and/or confusingly similar to the
9  EXCALIBUR Marks in the <excaliburlasvegas.org> domain name to cause initial interest
10 confusion and to divert Internet users away from the Trademark Owner's website.

11     31.    Defendants' use of the EXCALIBUR Marks and/or a mark confusingly similar to
12 the EXCALIBUR Marks has created a likelihood of confusion among consumers who may falsely
13 believe that Defendants' business or the online gambling website, to which the
14 <excaliburlasvegas.org> domain name is linked, is associated with the "Excalibur" resort hotel
15 casino or that Plaintiff and the Trademark Owner sponsors or approves of Defendants' services or
16 commercial activities.

17     32.    As a direct and proximate result of Defendants' infringement, Plaintiff and the
18 Trademark Owner have suffered, and will continue to suffer, monetary loss and irreparable injury
19 to their business, reputation, and goodwill.

## COUNT III
(Unfair Competition
Under The Lanham Act, 15 U.S.C. § 1125(a))

22     33.    Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth
23 herein.

24     34.    Defendants' use in commerce of a mark that is the same and/or confusingly similar
25 to the EXCALIBUR Marks in connection with Defendants' <excaliburlasvegas.org> domain name
26 constitutes a false designation of origin and/or a false or misleading description or representation
27 of fact, which is likely to cause confusion, cause mistake, or deceive as to affiliation, connection,

or association with the Trademark Owner, or as to the origin, sponsorship, or approval of Defendants' services or commercial activities by the Trademark Owner.

35. Defendants' use in commerce of the EXCALIBUR Marks and/or a mark confusingly similar thereto with the knowledge that the Trademark Owner owns and has used, and continues to use, its trademarks, constitutes intentional conduct by Defendants to make false designations of origin and false descriptions about Defendants' services and commercial activities.

36. As a direct and proximate result of such unfair competition, Plaintiff and the Trademark Owner have suffered, and will continue to suffer, monetary loss and irreparable injury to their business, reputation, and goodwill.

**COUNT IV**
(Trademark Dilution
Under The Federal Trademark Dilution Act, 15 U.S.C. § 1125(c))

37. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

38. The EXCALIBUR Marks are inherently distinctive. Through their adoption and consistent and extensive use, the EXCALIBUR Marks have acquired fame.

39. Defendants began using a mark that is the same and/or nearly identical to the EXCALIBUR Marks in connection with Defendants' <excaliburlasvegas.org> Internet domain name after the EXCALIBUR Marks became famous.

40. Defendants' use of the EXCALIBUR Marks and/or a mark confusingly similar thereto has and will cause dilution of the distinctive quality of the Trademark Owner's trademarks and will otherwise cause irreparable injury to its business, reputation, and goodwill.

41. Upon information and belief, Defendants' use of the EXCALIBUR Marks and/or a mark confusingly similar thereto was willful in nature, in that Defendants willfully intended to trade on the reputation of the Trademark Owner or to cause dilution of the EXCALIBUR Marks.

42. As a direct and proximate result of Defendants' dilution of the EXCALIBUR Marks, Plaintiff and the Trademark Owner have suffered, and will suffer, irreparable injury to their business, reputation, and goodwill.

**COUNT V**
(State Trademark Infringement
Under N.R.S. 600.420)

43. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

44. Defendants have used and/or are using the <excaliburlasvegas.org> domain name, which contains the EXCALIBUR Marks, without Plaintiff's or the Trademark Owner's consent.

45. Defendants' use in commerce of EXCALIBUR Marks and/or a mark confusingly similar to the EXCALIBUR Marks in its <excaliburlasvegas.org> Internet domain name and redirecting the same to an online gambling website, constitutes a reproduction, copying, counterfeiting, and colorable imitation of the Trademark Owner's trademarks in a manner that is likely to cause confusion or mistake or that is likely to deceive consumers.

46. By using the EXCALIBUR Marks and/or a mark confusingly similar to the EXCALIBUR Marks with the knowledge that the Trademark Owner owns and has used, and continues to use, its trademarks in Las Vegas, Nevada, Defendants have intended to cause confusion, cause mistake, or deceive consumers.

47. Defendants are using a mark that is the same and/or confusingly similar to the EXCALIBUR Marks in connection with the sale, offering for sale, or advertising of services in a manner that is likely to cause confusion or mistake, or to deceive consumers as to an affiliation, connection, or association with the Trademark Owner, or as to the origin, sponsorship, or approval of Defendants' services or commercial activities by Plaintiff and the Trademark Owner.

48. Defendants are also using a mark that is the same and/or confusingly similar to the EXCALIBUR Marks in the <excaliburlasvegas.org> domain name to cause initial interest confusion and to divert Internet users away from the Trademark Owner's website.

49. Defendants' use of the EXCALIBUR Marks and/or a mark confusingly similar to the EXCALIBUR Marks has created a likelihood of confusion among consumers who may falsely believe that Defendants' business or the online gambling website to which Defendants linked the <excaliburlasvegas.org> domain name is associated with the "Excalibur" resort hotel casino or

that Plaintiff and the Trademark Owner sponsor or approve of Defendants' services or commercial activities.

50.  As a direct and proximate result of Defendants' infringement, Plaintiff and the Trademark Owner have suffered, and will continue to suffer, monetary loss and irreparable injury to their business, reputation, and goodwill.

**COUNT VI**
(State Trademark Dilution
Under N.R.S. § 600.435)

51.  Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

52.  The EXCALIBUR Marks are inherently distinctive. Through their adoption and consistent and extensive use, the EXCALIBUR Marks have acquired fame in the State of Nevada.

53.  Defendants began using a mark that is the same and/or confusingly similar to the EXCALIBUR Marks in connection with Defendants' services, associated online gambling website, and Internet domain name after the EXCALIBUR Marks became famous in the State of Nevada.

54.  Defendants' use of the EXCALIBUR Marks and/or marks confusingly similar thereto has and will cause dilution of the distinctive quality of the Trademark Owner's trademarks and will otherwise cause irreparable injury to the Trademark Owner's business, reputation, and goodwill.

55.  Upon information and belief, Defendants' use of the EXCALIBUR Marks and/or marks confusingly similar thereto was willful in nature in that Defendants intended to cause dilution of the EXCALIBUR Marks or willfully intended to trade on the Trademark Owner's reputation.

56.  As a direct and proximate result of Defendants' dilution of the EXCALIBUR Marks, Plaintiff and the Trademark Owner have suffered, and will suffer, irreparable injury to their business, reputation, and goodwill.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

428247.1

**COUNT VII**
(Common Law Trademark Infringement)

57. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

58. By virtue of having used and continuing to use the EXCALIBUR Marks, the Trademark Owner has acquired common law trademark rights in the EXCALIBUR Marks.

59. Defendants' use of a mark the same and/or confusingly similar to the EXCALIBUR Marks infringes the Trademark Owner's common law trademark rights in its EXCALIBUR Marks and is likely to cause confusion, mistake, or deception among consumers who will believe that Defendants' services, the associated online gambling website and/or Internet domain name originate from, or are affiliated with, or are endorsed by Plaintiff and the Trademark Owner, when, in fact, they are not.

60. As the direct and proximate result of Defendants' infringement of the Trademark Owner's common law trademark rights under Nevada and other common law, Plaintiff and the Trademark Owner have suffered, and will continue to suffer, monetary damages and irreparable injury to their business, reputation, and goodwill.

**COUNT VIII**
(Deceptive Trade Practices
Under N.R.S. § 598.0915)

61. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

62. Upon information and belief, in the course of conducting business, Defendants knowingly made false representations as to an affiliation, connection, and/or association with the Trademark Owner by using a mark identical and/or confusingly similar to the EXCALIBUR Marks, and otherwise engaged in deceptive trade practices.

63. As the direct and proximate result of Defendants' deceptive conduct, Plaintiff and the Trademark Owner have suffered, and will continue to suffer, monetary damages and irreparable injury to their business, reputation, and goodwill.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

428247.1

**COUNT IX**
(Intentional Interference With
Prospective Economic Advantage)

64. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

65. Upon information and belief, at the time Defendants adopted and began using a mark that is the same and/or confusingly similar to the EXCALIBUR Marks, and since that time, Defendants knew and have known that the Trademark Owner is in the business of providing resort hotel casino services, and that the Trademark Owner advertises those services on the Internet using the EXCALIBUR Marks.

66. Upon information and belief, Defendants committed acts intended or designed to disrupt the Trademark Owner's prospective economic advantage arising from providing those services.

67. Defendants' actions have disrupted or are intended to disrupt the Trademark Owner's business by, among other things, diverting web users away from the Trademark Owner's website and to the online gambling website Defendants linked to the <excaliburlasvegas.org> domain name.

68. Defendants have no legal right, privilege or justification for this conduct.

69. As a direct and proximate result of Defendants' intentional interference with the Trademark Owner's prospective economic advantage, Plaintiff and the Trademark Owner have suffered, and will continue to suffer, monetary damages and irreparable injury.

70. Based on the intentional, willful and malicious nature of Defendants' actions, Plaintiff and the Trademark Owner are entitled to recover monetary damages, exemplary or punitive damages and reasonable attorneys' fees and costs incurred in connection with this action.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that the Court grant the following relief:

A. A preliminary and permanent injunction prohibiting Defendants, Defendants' agents, servants, employees and/or all persons acting in concert or participation with Defendants,

from: (1) using the EXCALIBUR Marks or confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs, in commerce or in connection with any business or for any purpose whatsoever (including, but not limited to, on websites, in domain names, in hidden text and metatags); and (2) registering or trafficking in any domain names containing the EXCALIBUR Marks or confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs.

B. A preliminary and permanent injunction requiring the current domain name registrar to transfer the <excaliburlasvegas.org> domain name to Plaintiff;

C. An award of compensatory, consequential, statutory, exemplary, and/or punitive damages to Plaintiff in an amount to be determined at trial;

D. An award of interest, costs and attorneys' fees incurred by Plaintiff in prosecuting this action; and

E. All other relief to which Plaintiff is entitled.

DATED: November 6, 2008.

LEWIS AND ROCA LLP

By: _____
Michael J. McCue
John L. Krieger
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
Attorneys for
MGM MIRAGE OPERATIONS, INC.

MGM Mirage Operations, Inc. v. Gonzales, et al.
**EXHIBIT 1 TO COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

MGM Mirage Operations, Inc. v. Gonzales, et al.
**EXHIBIT 1 TO COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**







Excalibur HOTEL • CASINO • LAS VEGAS

Language

HOTEL | CASINO | ENTERTAINMENT | RESTAURANTS | ATTRACTIONS | SPA | WEDDINGS | MEETINGS

$10 OFF PER NIGHT
BOOK HERE AND SAVE

Arrival Date
November 2008 | 5

Nights 1 | Adults 1 | Children 0

CHECK AVAILABILITY

Looking for a Las Vegas hotel that's fun, not fancy? Then you belong in a Castle – Excalibur, where you rule.

**SAVE**
online promotions

**EAT**
dining options

**AIR/HOTEL**
vacation packages

**SEE**
enjoy a great show

ENTER YOUR EMAIL ADDRESS TO RECEIVE ROOM SPECIALS FROM EXCALIBUR GO

Travel Agents | Employment | Contact the Castle | FAQ | Mobile Website | Map | Press Room | Site Map | RSS | Download Brochure
Bellagio | Circus Circus | CityCenter | CityCenter Residential Sales | Luxor | Mandalay Bay
MGM Grand | Monte Carlo | New York-New York | Mirage | Treasure Island
Privacy Policy | Terms of Use | Become an Affiliate

Copyright © 2008 MGM MIRAGE. All rights reserved. MGM MIRAGE

MGM Mirage Operations, Inc. v. Gonzales, et al.
**EXHIBIT 2 TO COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

MGM Mirage Operations, Inc. v. Gonzales, et al.
**EXHIBIT 2 TO COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

Case 2:08-cv-01543-PMP-GWF   Document 1   Filed 11/07/08   Page 16 of 18



# Excalibur Las Vegas

Powered by SmartAnswer.org   |   Add to Bookmarks



King Arthur's mettle was tested by drawing the mighty Excalibur out of the stone in which it was encased, here at Excalibur Las Vegas you are treated as king of your own private castle. Unlike King Arthur's tale, be rest assured your stay at Excalibur Las Vegas will be both refreshing and accommodating.

Excalibur Las Vegas hotel and casino is alive with entertainment that will satisfy the tastes and styles of the whole family. From casino and gaming for adults to underwater sea adventures with SpongeBob Squarepants for the kids.
Join SpongeBob on a submersible 4D adventure ride to the bottom of the sea where he pursues a runaway pickle in his desire to serve up the perfect Krabby Patty. Visit the Dragon's Lair, the Vegas Store or the Kids of the Kingdom at the Castle Walk and explore the many distinctive shops it has to offer. For carnival and arcade game fun, set your sites on the Midway and enjoy entertainment for the whole family. If you want to rest and relax, spend time in the sun at the Castle pool, or enjoy a round of golf. The golf course has many courses from which to offer you a challenge.
Lose yourself to the magic of medieval time with the Tournament of Kings dinner show. This is one show where you can allow your children to eat with their fingers. Experience dancing maidens, jousting, fireworks and more. Laugh yourself silly with the comedy of Ronn Lucas or gain astounding insights with live readings with Sylvia Browne.



## Join the Casino Gold Newsletter!

Keep up on new games, special bonus programs and progressive jackpots. Check out what we have to offer our exclusive members weekly. Register now and qualify to get an amazing bonus offer sent directly to you within the next 48 hours.

**Register now to get the most from the finest online gaming community on the planet!**

Your E-mail:

Submit

### Recent News

**Review - Golden Casino**

Here's your Golden Opportunity to experience the finest online casino in the world today, GoldenCasino.com! A world-class casino deserves nothing less than a world-class sign-up bonus — 100% on your first

Satisfy all your cravings with a fine selection of dining establishments at Excalibur Las Vegas; from the wacky and wild of Dick's Last Resort to Italian favorites at Regale Ristorante. You can also take a trip to the Sherwood Forest Cafe -open 24/7- or ease that craving for steak and seafood at the Steakhouse at Camelot. You're sure to leave your hunger at the door. Excalibur Las Vegas is missing nothing except you. So stop by, spend the night and leave your worries behind.

deposit — up to $555 in extra cash! Take that $555 and get ready for...

more news

## Download the software and start playing!

[Click here to Download]

### Search:

○ Web   ○ SmartAnswer.org

[Google Search]

## TV Spot: 'Practice makes perfect'



### Play our Trivia!

**Quiz Fanatics**

www.quizfanatics.com

### Related Links

**Golden Casino**

www.goldencasino.com

Download GoldenCasino.com now!

Home   Advertise   About Us   Terms & Privacy   Contact Us   Site Map   News   Blog   Masters of Trivia

Case 2:08-cv-01543-PMP-GWF     Document 1     Filed 11/07/08     Page 18 of 18



Copyright 2008 @ SmartAnswer.org